**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Peter J. Shortridge, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Jeffrey K. Skilling, Andrew S. Fastow, Kenneth L. Lay, Richard A. Causey, James V. Derrick, Jr., Mark A. Frevert, Stanley C. Horton, Kenneth D. Rice, Richard B. Buy, Lou L. Pai, Robert A. Belfer, Norman P. Blake, Jr., Ronnie C. Chan, John H. Duncan, Wendy L. Gramm, Robert K. Jaedicke, Charles A. Lemaistere, Joe H. Foy, Joseph M. Hirko, Ken L. Harrison, Mark E. Koenig, Steven J. Kean, Rebecca P. Mark-Jusbasche, Michael S. McConnell, Jeffrey McMahon, Cindy K. Olson, J. Mark Metts, Joseph W. Sutton and Arthur Andersen, L.L.P.

Defendants.

**CASE NO. 02-CV-400 DSD/JMM**

CLASS ACTION
FOR VIOLATIONS OF
FEDERAL SECURITIES LAWS

---

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME**

BEFORE the Court is the Agreed Motion for Extension of Time filed by Plaintiff Peter J. Shortridge and Defendants Richard A. Causey, Mark A. Frevert, Stanley C. Horton, Kenneth D. Rice, Richard B. Buy, Lou L. Pai, Mark E. Koenig, Steven J. Kean, Michael S. McConnell, Jeffrey McMahon, Cindy K. Olson, J. Mark Metts and Joseph W. Sutton. These Defendants seek additional time to answer or otherwise respond to the Complaint filed by the Plaintiff in this case. The Court has determined that the Agreed Motion should be granted. It is therefore,

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORDERED that Defendants Richard A. Causey, Mark A. Frevert, Stanley C. Horton, Kenneth D. Rice, Richard B. Buy, Lou L. Pai, Mark E. Koenig, Steven J. Kean, Michael S. McConnell, Jeffrey McMahon, Cindy K. Olson, J. Mark Metts and Joseph W. Sutton shall have until May 7, 2002 to answer or otherwise respond to Plaintiff's Complaint in this case.

March 25, 2002

United States ~~District~~ Judge
Magistrate