# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-400/DSD/JMM Case Title: Shortridge v. Skilling

**Affidavit of Movant**

I, Robert R. Hopper, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel E. Becnel, an attorney admitted to practice in the ________ District of Minnesota, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Peter J. Shortridge in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 0208760 3/22/02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Daniel E. Becnel, Jr., am currently a member in good standing of the U.S. District Court for the Eastern District of Louisiana, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Daniel E. Becnel, Jr. [signature] 3-1-02
Type/Print Name Signature Date

Attorney License Number: La. Bar No. 2926

Law Firm Name & Address: Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
Reserve, La. 70084

Telephone: ( ) 985-536-1186

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAR 28 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________