UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PETER J. SHORTRIDGE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

JEFFREY K. SKILLING, et al.,

Defendants.

CIVIL NO. 02-400 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Parties' Stipulated Motion for Extension of Time for All Defendants to Answer.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Extension of Time for All Defendants to Answer is granted. All Defendants must answer, move or otherwise respond to Plaintiff's Complaint within 30 days after a ruling by the Judicial Panel on Multidistrict Litigation on the Motion to Transfer the above-styled case in the matter In Re Enron Corporation Securities, Derivative and "ERISA" Litigation, or until July 1, 2002, whichever is earlier.

Dated: May 7, 2002

JOHN M. MASON
United States Magistrate Judge

MAY 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK