UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Peter J. Shortridge, on behalf of himself and all others similarly situated, Plaintiff, | § | |
| vs. | § | |
| Jeffrey K. Skilling, Andrew S. Fastow, Kenneth L. Lay, Richard A. Causey, James V. Derrick, Jr., Mark A. Frevert, Stanley C. Horton, Kenneth D. Rice, Richard B. Buy, Lou L. Pai, Robert A. Belfer, Norman P. Blake, Jr., Ronnie C. Chan, John H. Duncan, Wendy L. Gramm, Robert K. Jaedicke, Charles A. Lemaistere, Joe H. Foy, Joseph M. Kirko, Ken L. Harrison, Mark E. Koenig, Steven J. Dean, Rebecca P. Mark-Jusbasche, Michael S. McConnell, Jeffrey McMahon, Cindy K. Olson, J. Mark Metts, Joseph W. Sutton and Arthur Andersen, L.L.P., Defendants. | § | CASE NO. 02-CV-400 DSD/JMM<br><br>CLASS ACTION FOR VIOLATION OF FEDERAL SECURITIES LAWS |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

BE IT REMEMBERED that the Court has considered the Motion to Substitute Counsel filed by Defendant JOSEPH W. SUTTON ("Sutton"),and finding that said Motion should be granted, the Court hereby orders as follows:

1. Jack O'Neill is substituted as attorney-in-charge for Sutton in the place of Jacks C. Nickens.

MAY 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Jason C. Norwood and the law firm of Clements, O'Neill, Pierce, Wilson & Fulkerson, L.L.P. are substituted as "Of Counsel" for Sutton in the place of Paul D. Flack and the law firm of Nickens, Lawless & Flack, L.L.P.

3. Henceforth, for the purpose of service of all papers in this case, the attorney-in-charge and Of Counsel for Sutton are:

Jack O'Neill
Clements, O'Neill, Pierce,
Wilson & Fulkerson, L.L.P.
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: (713) 654-7607
Telecopier: (713) 654-7690

Of Counsel:
Jason C. Norwood
Clements, O'Neill, Pierce,
Wilson & Fulkerson, L.L.P.
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: (713) 654-7607
Telecopier: (713) 654-7690

Done at ~~Houston, Texas~~ St Paul Mn. on this 21 day of May, 2002.

[signature]
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE