A CERTIFIED TRUE COPY

JUN 11 2002

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

02-400 DSD/SRN

DOCKET NO. 1446

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2002

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ENRON CORP. SECURITIES, DERIVATIVE & "ERISA" LITIGATION

United States Courts
Southern District of Texas
FILED

JUL 03 2002

Michael N. Milby, Clerk of Court

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-1)

MDL 1446

On April 16, 2002, the Panel transferred 14 civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Melinda Harmon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Harmon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of April 16, 2002, ____F. Supp. 2d______ , (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Melinda Harmon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 11 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By ________
Deputy Clerk

7-22-02

(12)

# SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1446
## IN RE ENRON CORP. SECURITIES, DERIVATIVE & "ERISA" LITIGATION

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ~~ALM~~ | ~~2~~ | ~~02-335~~ | ~~Sherrill R. Thomas v. Arthur Andersen, LLP~~ opposed 6/6/02 |
| ~~ALM~~ | ~~2~~ | ~~02-452~~ | ~~The Retirement Systems of Alabama, etc. v. Merrill Lynch & Co., et al.~~ vacated 6/3/02 |
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~02-1533~~ | ~~Terry A. Perrin, et al. v. Arthur Andersen, LLP, et al.~~ opposed 6/10/02 |
| COLORADO | | | |
| CO | 1 | 02-571 | Enron Stockholders United, Inc. v. Kenneth L. Lay, et al. |
| CONNECTICUT | | | |
| CT | 3 | 02-607 | Mike Lange, et al. v. Arthur Andersen, LLP, et al. |
| MINNESOTA | | | |
| MN | 0 | 02-400 | Peter J. Shortridge v. Jeffrey K. Skilling, et al. |
| NEW YORK SOUTHERN | | | |
| ~~NYS~~ | ~~7~~ | ~~02-1550~~ | ~~Peter A. Pfau, et al. v. Eugene H. Lockhart, et al.~~ opposed 6/10/02 |
| ~~NYS~~ | ~~7~~ | ~~02-1876~~ | ~~Dorina Miller v. H. Eugene Lockhart, et al.~~ opposed 6/10/02 |
| ~~NYS~~ | ~~7~~ | ~~02-1977~~ | ~~Lisa A. Weber v. H. Eugene Lockhart, et al.~~ opposed 6/10/02 |
| ~~NYS~~ | ~~7~~ | ~~02-2268~~ | ~~Jack A. Halpren v. H. Eugene Lockhart, et al.~~ opposed 6/10/02 |
| ~~NYS~~ | ~~7~~ | ~~02-2360~~ | ~~Victor Parker v. Newpower Holdings, Inc., et al.~~ opposed 6/10/02 |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 01-1954 | Nicholas Schramm v. Kenneth L. Lay, et al. |
| OREGON | | | |
| ~~OR~~ | ~~3~~ | ~~02-131~~ | ~~Wai Chinn v. Robert A. Belfer, et al.~~ opposed 6/10/02 |
| ~~OR~~ | ~~3~~ | ~~02-394~~ | ~~Mildred Spector v. Kenneth L. Lay, et al.~~ opposed 6/10/02 |
| TEXAS EASTERN | | | |
| TXE | 5 | 01-331 | Barbara G. Smith, et al. v. Kenneth L. Lay, et al. |
| TEXAS WESTERN | | | |
| TXW | 1 | 02-131 | Patrick P. Rogers v. David B. Duncan, et al. |
| ~~TXW~~ | ~~5~~ | ~~02-187~~ | ~~David Jose, et al. v. Aurthur Anderson, LLP, et al.~~ opposed 6/10/02 |